2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GENARO GALVAN HERNANDEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SANDRA GALVAN TAPIA, DECEASED, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH ACT<br><br>VS.<br><br>DAIMLERCHRYSLER CORPORATION and J&M MOTOR SALES, INC | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-00-168

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant

DaimlerChrysler Corporation respectfully demands trial by jury in this cause.

Respectfully submitted,

Jaime A. Saenz    by permission
Jaime Saenz
State Bar No. 17514859
Federal Admissions No. 7630
*RODRIGUEZ, COLVIN & CHANEY, L.L.P.*
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
956/542-7441 - Telephone
956/541-2170 - Telecopier

AND

***CLARK, THOMAS & WINTERS,***
**A Professional Corporation**
Burgain G. Hayes
State Bar No. 09271300
Federal Admissions No. 9304
Chris Pearson
State Bar No. 15690440
700 Lavaca, Suite 900 (78701)
P.O. Box 1148
Austin, Texas 78767
512/472-8800 - Telephone
512/474-1129 - Telecopier

**ATTORNEYS FOR DEFENDANT
DAIMLERCHRYSLER CORPORATION**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing was sent by certified mail, return receipt requested to all parties of record, listed below, on this the 20th day of October, 2000.

Mikal C. Watts
Harris & Watts, P.C.
Tower II Building
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Ray Marchan
Harris & Watts, P.C.
1926 East Elizabeth
Brownsville, Texas 78520

ATTORNEYS FOR PLAINTIFFS

_____
Jaime A. Saenz