5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GENARO GALVAN HERNANDEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-168 |
| | § | |
| DAIMLERCHRYSLER CORPORATION, | § | |
| ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DAIMLERCHRYSLER CORPORATION'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 7, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 6, 2000

TO:    MR. MIKAL C. WATTS
       MR. RAY R. MARCHAN
       MR. JAIME SAENZ
       MR. BURGAIN G. HAYES