# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GENARO GALVAN HERNANDEZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-168 |
| § | |
| DAIMLERCHRYSLER CORPORATION, § | |
| ET AL. § | |

TYPE OF CASE:  __X__ CIVIL  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE

(STATUS CONFERENCE WILL NOT BE NECESSARY IF SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JANUARY 3, 2001 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 5, 2000

TO:   MR. MIKAL C. WATTS
      MR. RAY R. MARCHAN
      MR. JAIME SAENZ
      MR. BURGAIN G. HAYES