IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GENARO GALVAN HERNANDEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SANDRA GALVAN TAPIA, DECEASED, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH ACT § § § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-00-168 |
| DAIMLERCHRYSLER CORPORATION and J&M MOTOR SALES, INC § § § § | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Genero Galvan Hernandez, Individually And as Representative of The Estate of Sandra Galvan Tapia, Deceased, and for and on Behalf of All Those Entitled to Recover For Her Death Under The Texas Wrongful Death Act, and files this Motion to Dismiss Defendants DaimlerChrysler Corporation and J&M Motor Sales, Inc., with Prejudice in the above-styled cause of action, and in support of same would show the Court as follows:

### I.

Plaintiff notifies the Court that he hereby dismiss with prejudice all of the claims and causes of action asserted or which could have been asserted by or on behalf of Plaintiff against Defendants DaimlerChrysler Corporation and J&M Motors Sales, Inc. Plaintiff no longer wishes to prosecute this action against Defendants Daimler Chrysler Corporation and

J&M Motor Sales, Inc., because all of the controversies and issues in dispute between Plaintiff and Defendants DaimlerChrysler Corporation and J&M Motor Sales, Inc., have been settled and agreed upon.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court enter an order dismissing all of Plaintiff's claims and causes of action against Defendants DaimlerChrysler Corporation and J&M Motor Sales, Inc., in the above-styled cause with prejudice, with each party paying its own taxable court costs, and for such other further relief as the Court may deem just and proper.

::ODMA\GRPWISE\CTW.AUS13.PL_Lib2a:65158.1

Respectfully submitted,

**HARRIS & WATTS, P.C.**

By: _____
Mikal C Watts
State Bar No. 20981820

Tower II Building
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
Phone: (361) 887-0500
Fax:   (361) 887-0055

And

Ray Marchan
HARRIS & WATTS
1926 East Elizabeth
Brownsville, Texas 78520
Phone: (956) 546-0333
Fax:   (956) 541-0255

**ATTORNEYS FOR PLAINTIFF**

::ODMA\GRPWISE\CTW_AUS13.PL_Lib2a:65158.1

## CERTIFICATE OF SERVICE

I certify by my signature below, that a true and correct copy of this document has been forwarded by certified mail, return receipt requested, on this the ____ day of _____, 2000, to:

Chris Pearson
Clark, Thomas & Winters
A Professional Corporation
P. O. Box 1148
Austin, Texas 78767

::ODMA\GRPWISE\CTW_AUS13.PI._Lib2a:65158.1