8

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENARO GALVAN HERNANDEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SANDRA GALVAN TAPIA, DECEASED, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH ACT | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-168 |
| DAIMLERCHRYSLER CORPORATION and J&M MOTOR SALES, INC | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This case comes before the Court on Plaintiff's Motion to Dismiss with Prejudice, filed herein by Genaro Galvan Hernandez, Individually, and as Representative of the Estate of Sandra Galvan Tapia, Deceased, and For and on Behalf of All Those Entitled to Recover for Her Death Under the Texas Wrongful Death Act, by and through his attorneys of record, stating that all matters in controversy between Plaintiff and Defendants DaimlerChrysler Corporation and J&M Motors Sales, Inc. have been fully and finally resolved and settled. Plaintiff moves the Court to dismiss the above-entitled and numbered cause with prejudice to refiling of same. The Court finds that the following Order should be entered:

It is, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the claims and causes of action asserted or which could have been asserted by Plaintiff against

Defendants in the above-entitled and numbered cause be, and hereby are, dismissed with prejudice as to the refiling of same.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that each party will pay their own attorneys' fees, expenses, and court costs.

SIGNED this __1st__ day of __FEBRUARY__, 200__1__.

_____
JUDGE PRESIDING

::ODMA\GRPWISE\CTW.AUS13.PL_Lib2a:65915.1

APPROVED AS TO FORM:

HARRIS & WATTS, P.C.

By: _____
    Mikal C Watts
    State Bar No. 20981820

Tower II Building
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
Phone: (361) 887-0500
Fax:   (361) 887-0055
    and
Ray Marchan
HARRIS & WATTS
1926 East Elizabeth
Brownsville, Texas 78520
Phone: (956) 546-0333
Fax:   (956) 541-0255

ATTORNEYS FOR PLAINTIFF


CLARK THOMAS & WINTERS
A Professional Corporation

By: _____
    Chris Pearson
    State Bar No. 15690440

700 Lavaca, Suite 1200
Austin, TX 78701
Phone: (512) 472-8800
Fax:   (512) 474-1129

ATTORNEYS FOR DEFENDANTS


::ODMA\GRPWISE\CTW_AUS13.PL_Lib2a:65915.1